IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRYAN M. WOFFORD,

      Petitioner,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D13-5326

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 6, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Bryan M. Wofford, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition seeking belated appeal is denied. See Fla. R. App. P. 9.141(c)(4)(F)(i).

WOLF, ROBERTS, and ROWE, JJ., CONCUR.